AO 245B (Rev. 8/01) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Eastern District of Texas

UNITED STATES OF AMERICA

v.

**RICHARD JAMES TUCKER**

### JUDGMENT IN A CRIMINAL CASE

(For Offenses Committed On or After November 1, 1987)

Case Number:   **4:01CR00089-001**

**William M. Ravkind**

Defendant's Attorney

**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 3 1 2002

DAVID J. MALAND, CLERK

BY
DEPUTY _____

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s)   **1 and 2 of the Indictment**
after a plea of not guilty.

Accordingly, the Court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 15 U.S.C. § 77 q (a) & x | Securities Fraud | 03/31/1998 | 1 |
| 18 U.S.C. § 1341 | Mail Fraud | 02/20/1998 | 2 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are)   dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:   **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**

Defendant's Date of Birth:   **04/13/1948**

Defendant's USM No.:   **09351-078**

Defendant's Residence Address:

**7014 Old York Road**

**McKinney**                          **TX**        **75070**

Defendant's Mailing Address:

**7014 Old York Road**

**McKinney**                          **TX**        **75070**

**07/19/2002**

Date of Imposition of Judgment

*[signature]*

Signature of Judicial Officer

**Paul Brown**

**United States District Judge**

Name & Title of Judicial Officer

Date   **July 31, 2002**

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BY _____

DEFENDANT:       **RICHARD JAMES TUCKER**
CASE NUMBER:     **4:01CR00089-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   **120     month(s)**     .

**This term consists of 60 months on each of counts 1 and 2 to run consecutively.**

☒   The court makes the following recommendations to the Bureau of Prisons:
**That Defendant be incarcerated in an institution with an appropriate security level near his home in Collin County, Texas.**

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at   _____   a.m./p.m.  on   _____ .

☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on   _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 5 - 2003

DAVID J. MALAND, CLERK

BY _____
DEPUTY

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on   _10/8/02_   to   _FCI Seagoville_

at _____ , with a certified copy of this judgment.

_K.J. Wendt, Warden_
UNITED STATES MARSHAL

By   _C. Gulley, Legal Tech_
Deputy U.S. Marshal

DEFENDANT:     **RICHARD JAMES TUCKER**

CASE NUMBER:     **4:01CR00089-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____3_____ year(s) .

**on each of counts 1 and 2 to be served concurrently.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon, as defined in 18 U.S.C. § 3563(b)(8).

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).

See Special Conditions of Supervision - Page     4

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:    **RICHARD JAMES TUCKER**

CASE NUMBER:    **4:01CR00089-001**

# SPECIAL CONDITIONS OF SUPERVISION

As a condition of supervised release, immediately upon release from confinement, the defendant shall be surrendered to a duly authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Nationality Act, 8 U.S.C. Section 1101, et seq. If ordered deported, thee defendant shall remain outside of the United States. In the event the defendant is not deported, the defendant shall comply with all conditions of supervised release.

The defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring restitution payment.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the payment of any financial obligation ordered by the Court has been paid in full.

DEFENDANT:   **RICHARD JAMES TUCKER**

CASE NUMBER:   **4:01CR00089-001**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $ 200.00 | $ | $ 15,219,956.37 |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . .  $ _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ The interest requirement is waived.

  ☐ The interest requirement is modified as follows:

# RESTITUTION

☐ The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case will be entered after such a determination.

☒ The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| SEE ATTACHED PAGE 5A | $15,219,956.37 | $15,219,956.37 | |
| Totals: | $ 15,219,956.37 | $ 15,219,956.37 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  **RICHARD JAMES TUCKER**

CASE NUMBER:  **4:01CR00089-001**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☐  in full immediately; or

B  ☐  $ _____ immediately, balance due (in accordance with C, D, or E); or

C  ☐  not later than _____ ; or

D  ☒  Payment to begin immediately.    Any amount that remains unpaid when the defendant is placed on supervision is to be paid on a monthly basis at the rate of at least 10% of the defendant's monthly gross income, to be changed during supervision if needed, based on the defendant's changed circumstances, pursuant to 18 USC 3664(k).

E  ☐  in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**All criminal monetary penalty payments are to be made to the U.S. District Court, Fine & Restitution Section, P.O. Box 570, Tyler, TX 75710, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.**

**Interest on Restitution is WAIVED.**

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

DEFENDANT:   RICHARD JAMES TUCKER

CASE NUMBER:   4:01CR00089-001

# RESTITUTION LIST

## PAGES 1 - 20

| Trust 1 Victims | Amount of Loss |
|---|---|
| The Robert W. Olsen Trust | 25,000 |
| Warren Hooper | 25,000 |
| Bartley Family Trust 1/1/92 | 25,000 |
| Jack A Bartley Trust 5/11/84 | 25,000 |
| The Winder Trust<br>Vicki A. Contri, Trustee | 35,000 |
| Evans Family Trust<br>Merlin L. Evans & Marilyn J. Newberg Evans | 100,000 |
| Piri Katz Trust Rev. Trust | 25,000 |
| Lakin Family Trust<br>Charles M..& Reeva S. Lakin, Trustees | 20,000 |
| Alice V. Abrahamsen Trust | 25,000 |
| Meribeth L. Lastrapes Trust | 25,000 |
| Mark J. Howard & Deborah G. Howard | 70,000 |
| Wanda Shields Naylor Trust | 30,000 |
| Resources Trust Company<br>FBO Robert L.  Shaddy IRA | 25,000 |
| Elizabeth A.  Peterson, Trustee<br>FBO Elizabeth A. Peterson | 35,000 |
| Ervin J. & Margaret S. Franczak Trust<br>Ervin J. & Margaret S. Franczak, Trustees | 25,000 |
| Roy Scott McDonald &<br>Judy Marlene McDonald | 50,000 |
| Retirement Accounts & Co.<br>Cust. IRA FBO Ronald R.  Baker | 40,000 |
| Cynthia A.  Rolfe | 100,000 |
| Susan H. Quinn | 75,000 |
| Robert C. Fleming Trust | 10,000 |

1

| | |
|---|---|
| Wayne Schmidt, Trustee, FBO The Work Activity Center Defined Benefit Plan | 39,000 |
| Wayne Schmidt, Trustee, FBO The Work Activity Center Operating Reserve | 25,000 |
| Wayne Schmidt, Trustee, FBO The Work Activity Center Repair and Reserve Account | 25,000 |
| Sterling Trust Company, Trustee FBO Earl James Crowther, IRA # 020983 | 32,000 |
| Diane Killion, IRA | 10,000 |
| **Total** | **921,000** |

2

| Trust 2 Victims | Amounts |
|---|---|
| Transportation Network Systems, Inc.<br>Norman F. Foster, President | 25,000 |
| Resrouces Trust Co.<br>FBO Robert L. Shaddy IRA | 30,000 |
| Katerhine M. Tsacrios | 25,000 |
| Wayne C. & Elizabeth G. Stanczak | 275,000 |
| Leslie J.  Cohen | 275,000 |
| Paul M.  Stoltz & Kathy Stoltz | 25,000 |
| Four B Corp.<br>Attn: William D.  White, CFO | 350,000 |
| Lightner Family Trust | 50,000 |
| Frank W. Crossland & Jean T. Crossland | 30,000 |
| Anthony J. Trenga & Nellie C.  Trenga Trust<br>Anthony J. Trenga & Nellie C.  Trenga, Trustees | 25,000 |
| Vandis B. Christensen Family Trust | 25,000 |
| Jeffrey P. & Kymberly Lightner | 10,000 |
| Larry Bell | 50,000 |
| Adams Family Trust<br>William L. & Sharon D. Adams | 25,000 |
| Warren Hooper | 25,000 |
| Roberta G. Snyder Rev. Living Trust<br>Roberta G. Snyder, Trustee | 25,000 |
| The Paulson Family Trust<br>Darwin J. Paulson or Judith K. Paulson, Trustees | 50,000 |
| Elmer E. Whipple & Edna M..Whipple Trust<br>Elmer E. Whipple, Jr., Trustee | 50,000 |
| Robert S. Miller, Jr. | 25,000 |

3

| | |
|---|---|
| Roscislow M. Evan-Iwanowski Trust<br>Roscislow M. Evan-Iwanowski, Phd | 50,000 |
| CKQ Trust 1<br>Dr. Cecil R. Quaintance | 25,000 |
| Connie Santiago | 125,997.55 |
| Eugene Wong IRA | 100,000 |
| Mr. Blake Murray | 127,500 |
| Ellen W. Wolf & Victor La Viola | 25,000 |
| Donald N. Whigham & Carole L. Whigham | 50,000 |
| Norman R. King | 25,000 |
| Dell D. Valavanis Rev. Living Trust | 25,000 |
| The Lawrence Family Trust<br>Raymond T. & Charlene Lawrence, Trustees | 40,000 |
| The Beech Trust<br>Rex L. Beech & Susan D. Beech, Trustees | 25,000 |
| Truax Revocable Living Trust<br>Donald D. Truax, Trustee | 25,000 |
| Resources Trust Co.<br>FBO Carolyn S. Belcher IRA | 35,000 |
| Robert W. Olsen Trust<br>Robert W. Olsen Trustee | 25,000 |
| Robert L. Chapman Trust<br>Robert L. Chapman, Trustee | 48,139.60 |
| The Zettle Revocable Trust<br>Rita A. Zettle, Trustee | 85,000 |
| The O&I Yeates Family Trust<br>Iva Loo Yeates, Trustee | 25,000 |
| Wilson Family Trust<br>Russell, N. Wilson & Aleen B. Wilson,<br>Co-Trustees | 73,087.34 |

4

| | |
|---|---:|
| Leonard J. & Gloria A. Harpenau Family Trust | 100,000 |
| Louis Montjano | 12,000 |
| Susan Cahill | 100,000 |
| The Eline R. Paulson Family Trust Eline R. Paulson, Trustee | 25,000 |
| Tripp Family Trust Shirley M. Tripp, Trustee | 39,344.26 |
| Carlton Langford | 99,941.32 |
| Cave Family Trust Lyle D. Cave & Sherlee F. Cave, Co-Trustees | 29,865.78 |
| Joseph & Violet Bedocs | 141,997.71 |
| Lukas & Ilse Hunsinger | 50,000 |
| Resources Trust Company FBO Clare E. Hoffman #1508246001 | 50,000 |
| Resources Trust Co. FBO Margery M. Hoffman #1473266415 | 50,000 |
| Jack & Leah H. Spitzmesser | 30,000 |
| Long Family Trust of 1996 Frank G. Long & Laura M. Long, Co-Trustees | 35,000 |
| Ferdinand Lopez, Sr. | 50,000 |
| Wendorff Charitable Unitrust Mr. Theodore K. Wendorff | 122,500 |
| Susan H. Quinn | 62,525 |
| Patricia A. Crouse | 25,000 |
| Cosentino Family Trust of 1994 Garey A. & Joann Cosentino, Co-Trustees | 20,027 |
| Thomas R. Null | 150,000 |
| Resources Trust Co. FBO Carol E. Thorburn IRA | 30,000 |

| | |
|---|---|
| Doug W. & Ida M. Weill | 42,500 |
| The Martin Trust<br>Danforth A. & Catherine E.  Martin, Trustees | 47,726.46 |
| LeRoy B. Herbst & Helen Y. McCann-Herbst | 50,000 |
| Charlotte Lee Peltz Trust<br>Charlotte Lee Pelts, Trustee | 22,500 |
| Family Trust<br>Sidney & Patricia Mary Salkow Trustees | 75,000 |
| Sterling Trust FBO Ruth A. Kowatch IRA | 44,447.93 |
| George H.  Werner | 25,000 |
| Phillip J.  Kreis | 25,000 |
| Walter Kickel & Rebecca Hickel Family Trust | 63,000 |
| Thomas J.  Fry | 75,000 |
| Brunbaugh Family Trust of 1991<br>Wilbur Brunbaugh, Trustee | 45,000 |
| Orange National Bank as Custodian<br>FBO Gordon Woodward IRA | 20,000 |
| Speckman Family Trust<br>Mervin L.  Speckman or Mary Lou Speckman | 40,000 |
| Glenn U. Dorroh &<br>Patricia C. Dorroh Family Trust | 73,113.10 |
| Jack & Rachel Apelbaum Charitable Trust | 150,000 |
| Vincent R.  Fennel, M.D.<br>Money Purchase Pension Plan | 100,000 |
| Louise R.  Werner | 50,000 |
| The Madison Trust<br>David R.  Madison, Trustee | 30,000 |
| Verna A. Griffin Trust<br>Verna A. Griffin, Trustee | 100,000 |

| | |
|---|---|
| Resources Trust Co.<br>FBO James Weishaus | 12,500 |
| Gruenthal Family Trust<br>Martin H. & Frances T. Gruenthal | 50,000 |
| The Colleen D.  Holloway Trust | 50,000 |
| Retirement Accounts, Inc.<br>FBO Donald E.  Beissel | 32,330.45 |
| Resources Trust Co.<br>FBO Ruby Marlene Giacoletto | 180,824.45 |
| Southwest Securities Inc.<br>FBO James J.  Herbert IRA | 15,000 |
| Courtney Family Trust<br>Alan D. & Mary C. Courtney, Trustees | 35,000 |
| Paul J.  Behrmann | 10,000 |
| The Webster Trust<br>Boyd R. & Marjorie E. Webser, Trustees | 50,000 |
| John D.  Mahoney | 75,000 |
| Jeanne Marie Gioanetti | 30,000 |
| Cruz Family Trust<br>Carl A. Cruz | 20,000 |
| Gabor or Joan Diosy | 26,000 |
| Retirement Accounts Inc.<br>FBO Gussie W.  Lumsden, IRA | 10,000 |
| Patricia L.  Masters Living Trust<br>Patricia L.  Masters-Palmer, Trustee | 75,000 |
| Richard Richmond | 25,000 |
| Caroline Milloy Family Trust of 1995<br>Caroline Milloy, Trustee | 10,000 |
| Don Milloy Family Trust of 1995<br>Don Milloy, Trustee | 10,000 |

7

| | |
|---|---|
| JEPP, An Idaho General Partnership<br>Gerald Lee Jeppesen, Partner | 25,000 |
| Wanda Jeppesen | 35,000 |
| James W.  McCarty | 25,000 |
| June C.  Jasiewicki | 6,000 |
| Charles & Toni Perry | 50,000 |
| Lee Kopelow Revocable Trust<br>Lee Kopelow, Trustee | 50,000 |
| Burr J.  Battig | 27,089.54 |
| Jean Rae Battig | 12,872.16 |
| Schweizer-Feldman Living Trust<br>Peter Feldman & Rena Schweizer, Trustees | 40,000 |
| RMS Farm, Inc.<br>Mildred Schmidt, President | 15,000 |
| Robert H.  Giertsen Living Trust<br>Robert H.  Giertsen, Trustee | 20,000 |
| Prater Family Trust<br>Karen S.  Prater, Trustee | 25,000 |
| Retirement Accounts and Co.<br>FBO Robert Forbush | 25,000 |
| The Leland S. & Jeanne M.  Ramos Family<br>Living Trust, Leland Ramos, Trustee | 46,531.09 |
| Resources Trust Company<br>FBO Dean Maddox IRA | 7,845.83 |
| Doris A. & Victor Loher | 10,000 |
| Marian E.  Ricciardelli | 10,000 |
| Betty J.  Luther | 15,000 |
| Everett H. Gue Trust<br>Everett H. Gue, Trustee | 30,000 |

| | |
|---|---|
| Resources Trust Co,<br>FBO Dean Maddox IRA | 7,466.27 |
| Robert F. Boone Family Trust of 1983<br>Robert F. & Edith E. Boone, Trustees | 27,000 |
| Lawrence R. & Evelyn A. Podojil | 10,000 |
| Sacks Revocable Trust<br>Seymore Sacks & Barbara H. Sacks, Trustees | 10,000 |
| Hanson Family Trust of 1991<br>Hillard C. Hanson | 7,000 |
| Marta Laugsten | 70,000 |
| Charlotte M. Feicht | 20,000 |
| Lennart & Lydia Johnson | 11,000 |
| **Total** | **5,985,672.84** |

9

| Trust 3 Victims | Loss |
|---|---|
| James J. Devine Rev. Trust | 20,000 |
| Alice L. Sellers | 10,000 |
| Retirements Accounts & Company FBO Frank L. Schiele Jr. IRA | 10,193.92 |
| Barbara Schwonke | 25,000 |
| William Levin & Rita Levin | 20,000 |
| Pamela F. Day | 39,000 |
| Raymond L. Weigel | 25,000 |
| Terrence M. McCafferty Cust FBO Meghan E. McCafferty UCMA Ohio | 25,000 |
| Resources Trust, Co. FBO Garth W. Cold | 20,000 |
| Elise b. Mahoney | 30,000 |
| Mr. Isphoring Estate of Paul and Ida Mary Patricia Andre | 100,000 |
| Retirement Accounts & Co. FBO Paul R. Spear | 74,292.11 |
| John R. & Reba A. MacFarlane | 214,743.88 |
| Robert & Dorothy Slater | 12,000 |
| Tony C. DuBose | 115,000 |
| Dorothy Carr | 50,000 |
| The Stoops Revocable Trust Stephen S. & Beatrice G. Stoops, Trustees | 50,000 |
| Marilyn L. Nuss | 10,000 |
| Marguriete L. Andrews Revocable Trust Marguriete L. Andrews, Trustee | 50,000 |
| Beverly J. Grassmier & Debra McKeague | 30,000 |

| | |
|---|---:|
| Eliza B. Graue Living Trust<br>Eliza B. Graue, Trustee | 30,000 |
| Vincent J. Gruman<br>and Hazel L. Gruman Rev. Trust | 78,994.79 |
| Henriette Clute | 45,827.86 |
| Morgan Rose Garden, Inc.<br>Daniel B. Morgan, Presiden | 10,000 |
| Daniel B. & Janis I. Morgan | 12,000 |
| Majorie W. Hamaker Trust<br>Majorie W. Hamaker, Trustee | 35,000 |
| Grace Dukes | 10,000 |
| Joan M. Wood & Leo F. Miller | 10,000 |
| Viola M. Hols & Boyd M.. Holt | 10,000 |
| Ms. Sally Kamps | 25,000 |
| Lampert Family Trust, Kenneth J. Lampert | 10,000 |
| John A.  Brigance & Peggy Lou Brigance | 25,000 |
| Frank Wildmann | 10,000 |
| Eichinger Financial Planning, Inc.<br>Dennis M. Eichinger | 10,000 |
| Arther R. Ansley & Bett D. Ansley | 11,000 |
| Kevin R. & Sherry L. Keppel | 10,000 |
| George R. Schnell Trust<br>George R. Schnell, Trustee | 25,000 |
| James R. Bennett | 15,000 |
| Doris B. Greenwood | 25,000 |
| Merritt P. Dismant & Elizabeth M. Dismant | 10,000 |
| Hollis W. & Lou Ann Brown | 5,000 |
| Rabon V. Cahoon | 15,000 |

11

| | |
|---|---|
| Glenn E. Cahoon | 10,000 |
| The Hockensmith Family Rev. Living Trust<br>Frank M. Hockensmith, Trustee | 10,000 |
| Ruth B. Atwood | 31,019.06 |
| Resources Trust Company<br>FBO Robert G. Carlson | 69,401.08 |
| Sterling Trust Company<br>FBO Dale Buelow IRA | 100,000 |
| Resources Trust Co.<br>FBO David A. Reinertsen | 10,000 |
| William C. Koch & Margart C. Koch | 40,000 |
| Francis B. Hutto, Jr. & Mary Jane Hutto | 20,000 |
| Resources Trust Co FBO Francis B. Hutto Jr. | 5,000 |
| Michael D. Howington | 15,000 |
| Marvin G. & Patricia F. Smith Family Trust | 20,000 |
| Resources Trust FBO Earnest A. Rinard | 20,000 |
| H. James & Marian V. Paruszewski | 30,000 |
| Lester F. & Nelda Ruth Burke | 20,000 |
| Colonial Trust Co.<br>Trustee for Gene R. Dretke IRA | 8,000 |
| Colonial Trust Co.<br>Trustee for Glenda H. Dretke IRA | 11,000 |
| Sandra L. Mondano | 30,000 |
| Judy Ann & George Lewis Callison | 10,000 |
| Colonial Trust Co.<br>Trustee for Armando B. Galindo IRA | 10,000 |
| Warren Hooper | 20,000 |
| The Jackson Family Trust<br>Albert M. Jackson & Flora P. Jackson | 25,000 |

| | |
|---|---:|
| Phyllis Seidenberg Trust<br>Phyllis Seidenberg, Trustee | 15,000 |
| Schaum Revocable Living Trust<br>Craig O. & Joann L. Schaum, Trustees | 25,000 |
| Harvey D. & Beverly A. Schnell | 10,000 |
| The Restated Lovitch Family Trust<br>Leonard M. Lovitch & Sharon Lovitch, Trustees | 50,000 |
| M. Dean & Janet C. Barnes | 10,000 |
| Resources Trust Co.<br>FBO Bernice L. Bacon IRA | 25,000 |
| Donald E. & Frances J. Schillinger | 15,000 |
| Farmington Valley C/F<br>FBO David S. Carlson | 15,000 |
| First Trust Corp<br>FBO Richard M. Stoltman | 10,000 |
| John H. Wilkerson & Ailene C. Wilkerson | 50,000 |
| John W. Gerheim | 20,000 |
| Resources Trust Co.<br>FBO David C. Robbins | 33,685.04 |
| The Bartholomew Family Trust<br>Cliffford N. & Eleanor L. Bartholomew | 30,000 |
| Northridge Radiology Assoc. A Medical Group<br>Money Purchase Pension Plan<br>FBO Kenneth W. Chin | 50,000 |
| Lloyd J. Apple Trust<br>Lloyd J. Apple, Trustee | 160,000 |
| Lloyd J. Apple<br>Elton United Methodist Church | 10,213.00 |
| Energy Air Inc.<br>Charles H. Kulp, Secretary/Treasurer | 200,000 |
| Elana C. McNulty & Mary G. McNulty | 10,000 |

13

| | |
|---|---|
| Kiyomura Trust UA<br>Tadashi & Sumiko D. Kiyomura, Trustees | 25,000 |
| Juanita F. Stahnke | 10,000 |
| Resources Trust Co.<br>FBO Darrel C. Clark IRA | 10,000 |
| Katherine S. Merrill | 51,000 |
| Kenneth T. Montgomery | 25,000 |
| The C.H. Haynes Living Trust<br>Clifton H. & Bernice Haynes, Trustees | 15,000 |
| Trust Agreement of Roger P. Bennett & Dorothy<br>L. Bennett<br>Roger P. Bennett & Dorothy L. Bennett,<br>Trustees | 179,000 |
| Robert M. & Marion M. Hazel | 10,000 |
| Resources Trust Co.<br>FBO James R. Putnam, IRA | 32,637.26 |
| Michael Straka | 15,000 |
| The George A. & Doris L. Montgomery<br>Revocable Living Trust | 20,000 |
| Kathleen M. Green | 23,671.88 |
| Robert W. Olsen Trust<br>Robert W. Olsen, Trustee | 25,000 |
| Resources Trust Co.<br>FBO Theodore K. Wendorff IRA | 20,960.69 |
| Joseph A. & Barbara J. Fish Trust<br>Joseph A. & Barbara J. Fish, Trustees | 13,000 |
| Ida P. Ford | 36,091.38 |
| Fred J. & Dorothy Chamah Revocable Trust<br>Fred J. Chamah & Dorothy Chamah, Trustees | 20,000 |
| Ethel C. Daub | 7,500 |

14

| | |
|---|---:|
| Masse Revocable Trust<br>Robert L. & Charlotte A. Masse, Co-Trustees | 31,000 |
| The Marlene J. Hook Trust<br>Marlene J. Hook, Trustee | 10,000 |
| Elizabeth Locricchio | 15,000 |
| Stewart E. Jolly Trust<br>Stewart E. Jolly, Trustee | 10,000 |
| Annie C. Davis Trust<br>Annie C. Davis, Trustee | 10,000 |
| Charles W. Nilsen & Joan C. Nilsen Revocable<br>Living Trust | 20,000 |
| Alfonso E. & Frances C. Bali | 25,000 |
| Sonia M. and Alfonso E. Bali | 17,000 |
| Michael S. Chunowitz & Lottie J. Chunowitz | 10,000 |
| Johanne C. Pryor, As Trustee under the Johanne<br>C. Pryor Revocable Trust | 21,000 |
| Melvyn Werbach Profit Sharing Plan | 131,000 |
| Werbach Trust Agreement<br>Melvyn R. and Gail B. Werbach | 23,000 |
| Totaro Trust | 25,000 |
| Resources Trust Co.<br>FBO Francis B. Hutto, Jr. | 7,000 |
| Robert W. Olsen Trust<br>Robert W. Olsen, Trustee | 50,000 |
| Myron G. & Gloria N. Stanley | 10,000 |
| Leonard M. Lovitch, Cust<br>FBO Leonard M. Lovitch | 25,000 |
| Leonard M. Lovitch, Cust<br>FBO Miriam B. Lovitch | 25,000 |
| Carl A. Cruz<br>Cruz Family Trust | 25,000 |

15

| | |
|---|---|
| Patricia Mary Perkins | 10,326.08 |
| Jim Scholle & Associates, Inc.<br>James T. Scholle, President | 10,000 |
| Dixie M. Vickers | 10,000 |
| Marjorie E. Pfohl | 62,500 |
| Resources Trust Co.<br>FBO Anthony Korvas IRA | 25,000 |
| M. Dean & Janet C. Barnes | 25,000 |
| Laurence E. Karp & Betty M. Karp | 25,000 |
| Boyd M. & Viola M. Holt | 30,000 |
| Terance L. Pfaffly & Debra L. Pfaffly | 10,000 |
| The Lenora F. Coggins Revocable Living Trust<br>Stewart Alan Spinks, Trustee | 50,000 |
| Kim J. Gray and Bonnie K. Gray | 25,000 |
| John W. Gerheim & Wendy R. Gerheim | 25,000 |
| Robert C. and Marie E. Croyle | 57,000 |
| Evans Family Trust<br>Merlin L. Evans & Marilyn J. Evans | 25,000 |
| Joseph Lightner | 10,000 |
| Jeffrey Lightner | 15,000 |
| Rock M. & Deidre Cimarusti | 100,000 |
| Sonya F. Jacobson-Danile | 37,500 |
| Theodore K. Wendorff Trust<br>Theodore K. Wendorff, Trustee | 50,000 |
| Lincoln Trust Company<br>Custodian for Kenneth F. Sokol | 129,000 |
| Kenneth R. Yankee | 50,000 |
| The Madison Trust<br>David R. Madison | 35,687 |

16

| | |
|---|---:|
| First Trust Corporation<br>Donald Ainge | 75,000 |
| Eugene F. Congdon Grator Retained Annuity<br>Trust<br>Eugene F. Congdon | 10,000 |
| Norma Leda Meyer Trust<br>Norma Leda Myer, Trustee | 25,000 |
| The Ackerman Family Trust<br>Carl J. Ackerman, Trustee | 155,000 |
| Glass Development | 150,000 |
| Salkow Family Trust<br>Sidney & Patricia Mary Salkow | 25,000 |
| Polaris Sales Co., Inc.<br>Frank Cipolla, President | 177,450.41 |
| Frank Cipolla & Diane Cipolla | 235,000 |
| Susan Richards Quinn Trust | 25,000 |
| Johnson Family Trust<br>Clinton N. Johnson, Trustee | 20,000 |
| Walter Hickel & Rebeca Hickel Family Trust<br>A Revocable Intervivos Trust<br>Walter & Rebeca Hickel, Trustees | 100,000 |
| Lucas & Ilse Hunsinger | 40,000 |
| First Trust Corp<br>Bruce L. Craig Trustee, IRA | 897,000 |
| Audrey J. Shanen Revocable Trust<br>Audrey J. Schanen Trustee | 12,000 |
| John J. & Catherine M. Gorka | 50,000 |
| Byron E. Horton | 30,000 |
| Adam Werbach | 70,000 |
| Walter W. & Janelle T. Davis | 10,000 |
| Ellen M. Espe | 60,000 |

17

| | |
|---|---|
| William G. & Margaret L. Duckwall | 10,000 |
| David L. Millington Defined Benefit Pension Plan<br>David L. Millington, Trustee | 25,000 |
| Helen M. Pouch | 40,000 |
| Roy Persons | 15,000 |
| The Howard W. Jones and Wilma I. Jones Revocable Living Trust | 35,000 |
| Leroy C. & Jean W. Wrightsman | 10,000 |
| Paul A. & Norma E. Dibble | 25,000 |
| AmeriTrade, Inc. Cust.<br>FBO Linda S. Bowker | 21,000 |
| AmeriTrade, Inc. Cust.<br>FBO John D. Bowker | 21,000 |
| Fred W. and Edna R. Burkhardt | 20,150 |
| Erwin F. Bertina E. Smith Inter Vivos Trust | 25,000 |
| Resources Trust Co.<br>FBO Donald L. Dove IRA | 20,000 |
| American Outdoor Products<br>Ronald E. Smith, President | 175,000 |
| The Hockensmith Family Revocable Living Trust, Frank M. Hockensmith, Trustee | 20,000 |
| Resources Trust Co.<br>FBO Paul M. Fagan IRA | 30,000 |
| Erwin Easter and Kareth | 20,000 |
| Carl D. Marchun & Zetta H. Marchun | 30,000 |
| Tracy W. and Mary D. Davis | 10,000 |
| Felker Living Trust<br>Winfield N. Felker and Lynn E. Felker, Trustees | 25,000 |
| Elinor V. Schmidt Trust | 15,000 |

18

| | |
|---|---|
| John P. Cages | 70,000 |
| Kenneth R. & Deborah Ann Visser Trust | 20,000 |
| Ruth Kowatch | 25,000 |
| The Frank T. & Shirley D. Morley Trust | 20,000 |
| Wilbur F. Eaton & Betty M. Eaton Trust Wilbur F. Eaton, Trustee | 12,000 |
| Gordon & Olive D. Higgins | 20,000 |
| Deborah R. Christian | 67,000 |
| Donaldson, Lufkin & Jenrette Securities Corporation custodian FBO Irwin P. Daub | 26,000 |
| Joan E. Guidi | 12,000 |
| Resources Trust Co. FBO James G. Swancoat | 25,000 |
| Hector and Carol L. Vela | 20,000 |
| 1st Call Heating and Cooling, Inc. Marvin R. Reid, President | 50,000 |
| Sharon Kay Rice Dewhirst and John Paul Dewhirst | 15,000 |
| Charles F. Eberg | 95,000 |
| James J. & Ruth L. McNulty | 10,000 |
| Joan E. Guidi | 33,000 |
| Richard R. Benjamin | 50,000 |
| Retirement Accounts & Co. FBO Joan F. Jennings IRA | 23,000 |
| Sterling Trust Co. FBO Shirley A. Knudson IRA | 25,000 |
| Joyce E. Giertsen Living Trust | 10,000 |
| Roy D. Hansen Revocable Trust Roy D. Hansen Revocable, Trustee | 25,000 |

19

| | |
|---|---:|
| Minnietta M. Larsen | 57,984 |
| Janice Dreshar Custodian FBO Meredith Dreshar | 17,267.79 |
| Robert J. Ring, Jr. | 15,000 |
| Retirement Accounts Inc., FBO Juanita Stahnke | 27,417 |
| Easter G. Thrakill | 50,000 |
| Stephani A. & James R. Burns | 10,000 |
| John R. Bird | 53,202.39 |
| Josephine Fitzpatrick | 20,000 |
| Retirement Accounts & Co. FBO Nick Prestigiacomo | 11,953.23 |
| Elizabeth P. James &  John F. James | 10,000 |
| Eloise O. Dikis/Theodore K. Wendorff | 71,463.68 |
| Dr. Richard M. Christensen, P.A. | 90,150 |
| **Total** | **8,313,283.53** |

| | |
|---|---:|
| Trust 1 | $921,000.00 |
| Trust 2 | $5,985,672.84 |
| Trust 3 | $8,313,283.53 |
| **Total** | **$15,219,956.37** |