FILED-CLERK

02 APR 15 AM 8:36

TEXAS-EASTERN

BY [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | CRIMINAL NO. 4:01cr89<br>Judge Brown |
| RICHARD TUCKER | § § | |

## GOVERNMENT'S WITNESS LIST

1. Joe Miller
   San Diego, California

2. James Simon
   San Francisco, California

3. Patti Plunkett
   Plano, Texas

4. Rodger Rees
   Atlanta, Georgia

5. Adamont Georgeson, Esq.
   Mill Valley, California

6. Eric Lanigan, Esq.
   Orlando, Florida

7. Jeanette Fatheree
   Plano, Texas

8. Carol Allen
   Deland, Florida

9. Dennis Eichinger
   Grand Junction, Colorado

10. Dale Buelow
    Port Charlotte, Florida

11. Margaret Lombardo
    San Diego, California

12. Richard M. Christensen
    Orlando, Florida

13. Reba A. MacFarlane
    Deland, Florida

14. Elizabeth Locricchio
    Longwood, Florida

15. Walter Hickel
    Rancho Santa Fe, California

16. Robert Leopold
    Larchmont, New York

17. Jeffrey Paul McMorrow
    Las Vegas, Nevada

18. Tadashi Kiyomura
    Huntington Beach, California

19. SA Dale Webb
    Federal Bureau of Investigation
    Plano, Texas

117

Respectfully submitted,

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

*[signature]*

ARNOLD A. SPENCER
Assistant United States Attorney
Texas State Bar No. 00791709
660 North Central Expressway, Suite 400
Plano, TX 75074
(972) 509-1201

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was mailed by first class mail to Mr. Billy Ravkind, attorney for the defendant, 2651 N. Harwood, Suite 250, Dallas, TX 75201 on this **15th** day of **April**, 2002.

_____
Arnold A. Spencer